## Pennsylvania Department of Highways *v.* Izzi, Appellant.

Argued April 30, 1968. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*George A. D'Angelo,* for appellant.

*Edward D. Werblun,* Assistant Attorney General, with him *John Craig Clemmens* and *Michael R. Deckman,* Assistant Attorneys General, *John R. Rezzolla,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, July 1, 1968:

Order affirmed.

Mr. Justice MUSMANNO took no part in the consideration or decision of this case.